EXHIBIT 1

UVATION, INC.
100 Crescent Court, Suite 700
Dallas, Texas 75201
United States
Ph. 855 721 1155
Billing inquiries: **billing@uvation.com**
Also visit us @ **www.uvation.com**

BILL TO:

Zamberg Corp
50 Leanni Way, Suite
D6M, Palm Coast, FL
32137, USA

# INVOICE

CONTACT NAME: Gregoriy Rudskii

CUSTOMER ID: ZC100

| INVOICE NO. | INVOICE DATE | PLEASE PAY | DUE DATE |
|---|---|---|---|
| 152986 | 08/14/2025 | $5,844,504.00 | Due on Receipt |

P.O./SOW NO.: NA

TERMS: Due on Receipt

PROJECT/HARDWARE/SOFTWARE:

**NVIDIA H100 NVL GPU**

PHASE/STATUS/MILESTONE/CONDITION:

**DELL NVIDIA H100 NVL**

| CATEGORY | DESCRIPTION | HRS/QTY | RATE/PRICE | TOTAL |
|---|---|---|---|---|
| Datacenter Hardware | Dell NVIDIA H100 NVL PCIe 350-400 Watt, 94GB Passive Double Wide, Full Height GPU [NVIDIA H100 NVL, PCIe, 350W- 400W, 94GB Passive, Double Wide, Full Height GPU, Customer Install]<br><br>Credit Balance: **$366,750.00**<br><br>SKU: 490-BKLK<br><br>Terms of Sale:<br>The sale is non-refundable and non-cancellable.<br><br>Payment terms: Upfront payment due before the order can be processed.<br><br>Estimated Delivery: While all orders are expected to be delivered by the date specified in this quote, some items may be subject to extended lead times at the sole discretion of the OEM. | 287 | $21,642.00 | $6,211,254.00 |

| | |
|---|---|
| SUBTOTAL | $5,844,504.00 |
| TAX | $0.00 |
| TOTAL DUE | $5,844,504.00 |

**PAYMENT** We accept ACH, Wires, and Checks (Payable to Uvation, Inc.). PayPal and Credit Cards (accepted online at uvation.com). You can also pay online subscription service invoices by accessing the secure client management systems at our website (uvation.com).

**PACKAGES** If you purchased a package, this invoice may not refelect your total balance due. Please review the terms indicated in your project proposal and or quotes.

**QUESTIONS** If you have any questions about your bill, please feel free to contact us at your convenience. We will reply as soon as we get your message.

**THANK YOU**

FOR CHOOSING

UVATION